IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT NOME

| | |
|---|---|
| Arron Gustafson and Gary Gustafson, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> Jason Bowman & ) <br> Subsistence Placers LLC., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:18-cv-00001-JWS <br><br><br><br><br><br> **FINAL JUDGMENT** <br> **FRCP 54** |

Defendant Subsistence Placers, LLC ("Defendant") has failed to answer or otherwise defend this action, and default has been entered. IT IS ORDERED that plaintiffs Arron Gustafson and Gary Gustafson, shall recover from Defendant as follows:

    a. Principal Amount                           $4,560,000.00

    b. Prejudgment Interest on the principal
       (Computed at the annual rate of ____%
       From _____ to date of judgment)    $_(waived)___

    c. Sub-total                                    $4,560,000.00_

    d. Attorney Fees   (Turri)              $____10,350.00____

|   | Attorney Fees (Marx) | $___9,700.00___ |
|---|---|---|
| e. | Costs (Marx) | $_____ |
| f. | TOTAL JUDGMENT | $_____ |

This judgment will bear interest at the annual rate of _2.36_ % from the date of judgment until paid.

___05/17/2019_____
Effective Date

/s/ JOHN W. SEDWICK
SENIOR JUDGE, UNITED STATES DISTRICT COURT

SEAL

I hereby certify that on the _____ day of _____, 2019, a copy of this judgment was mailed to:

Subsistence Placers, LLC, c/o Michael Benchoff, PO Box 322, Nome, AK 99762

_____
Clerk:_____

RETURN TO AFTER RECORDING:

Brandon C. Marx, Esq.
PO Box 6171
Sitka, AK 99835